UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

_____

ROBERT H. JOHNSON LLC
1818 Old Cuthbert Road, Suite 107
Cherry Hill, NJ 08034
(856) 298-9328
Attorneys for Debtor
Robert H. Johnson (RJ-0077)

In Re:

Andrew Stuart Hemphill,

Order Filed on May 1, 2017 by
Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 16−20684

Chapter: 13

Judge: JNP

**ORDER RESPECTING REQUEST FOR EXTENSION
OR EARLY TERMINATION OF THE LOSS MITIGATION PERIOD**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: May 1, 2017**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

The court having granted the Notice of Request for Loss Mitigation concerning the following property and creditor on _____2/7/17_____ :

Property:   809 Amherst Road Audobon, NJ 08106

Creditor:   M & T Bank

and a Request for

- ☑ Extension of the 90 day Loss Mitigation Period having been filed by _____Robert H. Johnson_____, and for good cause shown

- ☐ Early Termination of the Loss Mitigation Period having been filed by _____, and for good cause shown

It is hereby ORDERED that,

The Loss Mitigation Period is extended up to and including _____7/1/17_____ .

The Loss Mitigation Period is terminated, effective _____ .

*Revised 9/19/13*

2