Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  16−20684−JNP
        Chapter:  13
        Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Andrew Stuart Hemphill
   aka Andrew S. Hemphill Jr.
   809 Amherst Road
   Audubon, NJ 08106

Social Security No.:
   xxx−xx−6674

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

    NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 5/22/18.

    Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: May 22, 2018
JAN: cmf

                Jeanne Naughton
                Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 16-20684-JNP
Andrew Stuart Hemphill                                              Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1          User: admin             Page 1 of 1              Date Rcvd: May 22, 2018
                              Form ID: 148            Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2018.
```
db              +Andrew Stuart Hemphill,    809 Amherst Road,    Audubon, NJ 08106-1205
516356505       +Bayview Loan Servicing LLC,    c/o McCalla Raymer Pierce LLC,    Bankruptcy Dept,
                  1544 Old Alabama Road,    Roswell, GA 30076-2102
516212409       +Convergent Healthcare,    124 SW Adams St, Ste 215,    Peroria, IL 61602-2321
516212410       +Cooper University,    PO Box 95000,    Philadelphia, PA 19195-0001
516212411       +EOS CCA,    700 Longwater Drive,    Norwell, MA 02061-1624
516212412       +First Choice Assets,    7954 Transit Road,    Ste 304,    Buffalo, NY 14221-4117
516212413       +First Financial Investment,    3091 Governors Lake Drive,    Ste 500,    Norcross, GA 30071-1135
516212416       +Phelan Hallinan & Diamond, PC,    400 Fellowship Road,    Mt. Laurel, NJ 08054-3437
516212417       +QAR,    PO Box 239,    Gibbsboro, NJ 08026-0239
516212418       +Stoneleigh Recovery Associates,    PO Box 1479,    Lombard, IL 60148-8479
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg              E-mail/Text: usanj.njbankr@usdoj.gov May 22 2018 23:04:39      U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 22 2018 23:04:36      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
516212414        E-mail/Text: camanagement@mtb.com May 22 2018 23:04:22      M & T Bank,    1 Fountain Plaza, Fl 4,
                  Buffalo, NY 14203
516432619        E-mail/Text: camanagement@mtb.com May 22 2018 23:04:22      M&T Bank,    P.O. Box 840,
                  Buffalo, NY 14240-0840
516212415       +EDI: MID8.COM May 23 2018 02:33:00      Midland Credit MGMT,    8875 Aero Drive,
                  San Diego, CA 92123-2255
516240553       +EDI: MID8.COM May 23 2018 02:33:00      Midland Funding LLC,    PO Box 2011,
                  Warren, MI 48090-2011
                                                                                              TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*            ++M&T BANK,    LEGAL DOCUMENT PROCESSING,    626 COMMERCE DRIVE,    AMHERST NY 14228-2307
                (address filed with court:   M&T Bank,    1 Fountain Plaza,   Fl 4,   Buffalo, NY   14203)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                                         Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 22, 2018 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Bayview Loan Servicing, LLC dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
              Robert H. Johnson    on behalf of Debtor Andrew Stuart Hemphill ecfmail@rhjlaw.com,
               r43974@notify.bestcase.com
                                                                                             TOTAL: 4
```